IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EDGAR L. COMMODORE, JR.**                                                  **PETITIONER**

**V.**                                                                                              **NO: 2:10CV022-M-V**

**STATE OF MISSISSIPPI**                                                              **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated June 11, 2019, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

1. That the Report and Recommendation [17] of the United States Magistrate Judge dated June 11, 2019, is hereby approved and adopted as the opinion of the Court.

2. SO ORDERED, this the 3rd day of September, 2019.

                                            **/s/ MICHAEL P. MILLS**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF MISSISSIPPI**